# EXHIBIT A

# Hall County Sheriff's Office
## Incident Report

ORI #: GA0690000

| Field | Value |
|---|---|
| INCIDENT #: | 140090231 |
| REPORT DATE | 08/03/14 |
| RESPONSE CODE: | ✓ 1  ☐ 2  ☐ 3 |
| REPORT TYPE: | ✓ INITIAL REPORT  ☐ SUPPLEMENT |
| Report Taken: | ☐ Over the Phone  ✓ In Person  ☐ Other |
| Translator Required: | ☐ Yes  ✓ No |
| ENTERED GCIC: | ☐ YES  ✓ NO |
| DATE ENTERED: | |
| DATE REMOVED: | |
| **CID USE ONLY** | |
| NV ASSIGNED: | |
| OFCS CASE #: | |
| INCIDENT STATUS: | ☐ UNFOUNDED  ✓ CLEARED BY ARREST  ☐ OPEN/INACTIVE  ☐ CLEARED EXCEPTIONALLY |
| DATE: | 8/3/2014 |
| A ☐ DEATH OF OFFENDER | |
| B ☐ PROSECUTION DECLINED | |
| C ☐ EXTRADITION DECLINED | |
| D ☐ REFUSED TO COOPERATE | |
| E ☐ JUVENILE, NO CUSTODY | |
| N ☐ NOT APPLICABLE | |

COMPLAINANT (Last, First, Middle): Berry, Justin
PHONE (Home): N/A
ADDRESS (Street, City, State, Zip): [redacted], Flowery Branch, GA 30542

### OFFENSE

| # | OFFENSE | UCR CODE | ATTEMPTED | COMPLETED | FAMILY VIOLENCE |
|---|---|---|---|---|---|
| 1 | Disrupt Lawful Gathering | 4129 | | ✓ | |
| 2 | Warrant Arrest | 0816 | | ✓ | |
| 3 | | | | | |

| DATE(S) OF INCIDENT: | TIME(S) OF INCIDENT: |
|---|---|
| 08/03/14 TO | 0900 TO 1930 |

DATE INCIDENT REPORTED: 8/3/2014
DISTRICT INCIDENT OCCURRED: 10
LOC CODE: 42-3F

CRIME SCENE
- AUDIO/VIDEO RECORDING: ✓ YES ☐ NO
- PHOTOGRAPHS TAKEN: ☐ YES ✓ NO
- FINGERPRINTS OBTAINED: ☐ YES ✓ NO

(For Burglary Only)
- METHOD OF ENTRY: F ☐ FORCIBLE  N ☐ NO FORCE
- LOCATION OF ENTRY: ☐ DOOR ☐ WINDOW ☐ OTHER ☐ UNKNOWN
- ☐ RESIDENTIAL  ☐ COMMERCIAL

LOCATION OF OFFENSE: (Check Only One) (Enter Code Number for Offense #2 ___ #3 ___)
1 ☐ BANK / SAVINGS & LOAN
2 ✓ CHURCH / SYNAGOG / TEMPLE
3 ☐ COMMERCIAL / OFFICE BUILDING
4 ☐ CONSTRUCTION SITE
5 ☐ CONVENIENCE STORE
6 ☐ FIELD / WOODS
7 ☐ GOVERNMENT / PUBLIC BUILDINGS
8 ☐ HIGHWAY / ROAD / ALLEY
9 ☐ HOTEL / MOTEL / ETC
10 ☐ JAIL / PRISON
11 ☐ LAKE / WATERWAY
12 ☐ LIQUOR STORE
13 ☐ PARKING LOT / GARAGE
14 ☐ RENTAL / STORAGE FACILITY
15 ☐ RESIDENCE / HOME
16 ☐ RESTAURANT
17 ☐ SCHOOL / COLLEGE
18 ☐ SERVICE / GAS STATION
19 ☐ OTHER
20 ☐ UNKNOWN

TYPE OF WEAPON / FORCE INVOLVED (Check Up To Three):
11 ☐ FIREARM (UNK TYPE)
12 ☐ HANDGUN
13 ☐ RIFLE
14 ☐ SHOTGUN
15 ☐ OTHER FIREARM
20 ☐ KNIFE / CUTTING INSTRUMENT
30 ☐ BLUNT OBJECT
35 ☐ MOTOR VEHICLE
40 ✓ PERSONAL WEAPONS
50 ☐ POISON
60 ☐ EXPLOSIVES
65 ☐ FIRE / INCENDIARY
70 ☐ NARCOTICS / DRUGS
90 ☐ OTHER
95 ☐ UNKNOWN
99 ☐ NONE

GANG RELATED: ☐  DRUG RELATED: ☐ YES ☐ NO ✓ UNKNOWN  IF YES, LIST TYPE(S) OF DRUG:

### VICTIM

VICTIM CONNECTED TO OFFENSE: ✓ 1  ✓ 2  ☐ 3
VICTIM (Last, First, Middle): Laws of Georgia
PHONE (Home): ( )
ADDRESS (Street, City, State, Zip):

TYPE OF VICTIM (Check Only One):
I ☐ INDIVIDUAL
G ✓ GOVERNMENT
U ☐ UNKNOWN
B ☐ BUSINESS
O ☐ OTHER

RACE/ETHNICITY:
W ☐ WHITE
B ☐ BLACK
H ☐ HISPANIC
I ☐ INDIAN
A ☐ ASIAN
U ☐ UNKNOWN

SEX:
M ☐ MALE
F ☐ FEMALE
U ☐ UNKNOWN

DOB: 
AGE: 
SOCIAL SEC #: 
NO OF VICTIMS: 2

AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES:
1 ☐ ARGUMENT
2 ☐ ASSAULT ON LAW OFFICER
3 ☐ DRUG DEALING
4 ☐ GANGLAND
5 ☐ JUVENILE GANG
6 ☐ LOVER'S QUARREL
7 ☐ MERCY KILLING
8 ☐ OTHER FELONY INVOLVED
9 ☐ OTHER CIRCUMSTANCES
10 ☐ UNKNOWN CIRCUMSTANCES

INJURY TYPE (Check Up To Five):
N ✓ NONE
D ☐ DECEASED
M ☐ MINOR INJURY
I ☐ MODERATE INJURY
O ☐ MAJOR INJURY
U ☐ UNKNOWN

RELATION OF VICTIM TO OFFENDER (For multiple relationships enter offender number(s) in space):
FA___ IMMEDIATE FAMILY
OF___ OTHER FAMILY
ST___ STRANGER
RO___ ROOMMATE
OK X OTHERWISE KNOWN
UK___ UNKNOWN

### PROPERTY

| TYPE PROPERTY LOSS/ETC (ENTER NUMBER IN TYPE COLUMN) | TYPE | CODE | QUANTITY | PROPERTY DESCRIPTION (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL #, COLOR, TAG #, VIN #, ETC.) | VALUE | DATE PROPERTY RECOVERED Month / Day / Year |
|---|---|---|---|---|---|---|
| 1 NONE | 6 | 27 | 1 | CD-R of audio | N/A | N/A |
| 2 BURNED | | | | | | |
| 3 COUNTERFEITED / FORGED | | | | | | |
| 4 DAMAGED / DESTROYED | | | | | | |
| 5 RECOVERED | | | | | | |
| 6 SEIZED | | | | | | |
| 7 STOLEN | | | | | | |
| 8 UNKNOWN | | | | | | |

PROP SEIZED/RECOVERED PLACED:
☐ CRIME LAB
☐ PROPERTY & EVIDENCE
✓ EVIDENCE LOCKER
☐ OTHER: _____

THEFT ☐   RECOVERY ☐
1 CITY
2 COUNTY
3 STATE
4 OUT OF STATE
5 UNKNOWN

PROPERTY DESCRIPTION CODE TABLE:
(Enter Number in Code Column Above)
1 AIRCRAFT
2 ALCOHOL
3 AUTOMOBILES
4 BICYCLES
5 BUSES
6 CLOTHES / FURS
7 COMPUTER / HARDWARE / SOFTWARE
8 CONSUMABLE GOODS
9 CREDIT / DEBIT CARDS
10 DRUGS / NARCOTICS
11 DRUG / NARCOTIC EQUIPMENT
12 FARM EQUIPMENT
13 FIREARMS
14 GAMBLING EQUIPMENT
15 HEAVY CON / IND EQUIP
16 HOUSEHOLD GOODS
17 JEWELRY / PRECIOUS METALS
18 LIVESTOCK
19 MERCHANDISE
20 MONEY
21 NEGOTIABLE INSTRUMENT
22 NONNEGOTIABLE INSTRUMENTS
23 OFFICE-TYPE EQUIPMENT
24 OTHER VEHICLES
25 PURSES / HANDBAGS / WALLETS
26 RADIO / TVs / VCRs
27 RECORDINGS - AUDIO / VISUAL
28 RECREATIONAL VEHICLES
36 TOOLS - POWER / HAND
37 TRUCKS
38 VEHICLE PARTS / ACCESSORIES
39 WATERCRAFT
40 FISHING EQUIPMENT
41 TAGS / DECALS
42 LAWN MOWERS (RIDING & PUSH)
43 BUILDING MATERIALS
44 GASOLINE
45 MAILBOX
46 CELL PHONES
47 TRAILER
77 OTHER
88 PENDING INVENTORY
99 (_____)

DAMAGED / BURNED STRUCTURES ONLY
29 STRUCTURES - SINGLE OCC DWELLING
30 STRUCTURES - OTHER DWELLINGS
31 STRUCTURES - OTHER COM / BUSINESS
32 STRUCTURES - IND / MANUFACTURING
33 STRUCTURES - PUBLIC / COMMUNITY
34 STRUCTURES - STORAGE
35 STRUCTURES - OTHER

| | |
|---|---|
| ☑ ARRESTEE  ☐ IDENTIFIED OFFENDER  ☐ SUSPECT  ☐ UNKNOWN  ☐ MISSING PERSON  ☐ RUNAWAY JUVENILE | |
| 1 (Last, First, Middle): **Freeman, David Justin** | ADDRESS (Street, City, State, Zip): Gainesville, GA 30501 |
| ALIAS: Freeman, Justin | AGE: 29  DOB: /84  SS#: UNK  OLN#: 050801099  STATE: GA |

**ARR/OFF/SUSP 1**

- SEX: ☑ M MALE
- RACE/ETHNICITY: ☑ W WHITE
- ARRESTEE WAS ARMED WITH: ☑ 10 UNARMED
- HEIGHT: 6 FEET 00 INCHES
- WEIGHT: 160
- DISPOSITION OF ARRESTEE UNDER 18: (none checked)
- OFFENSE / ARREST: 2 / 2
- DETAINEE: SEARCHED PRIOR TO & AFTER TRANSPORT (Patrol Vehicle) YES ☑
- ARREST NUMBER: 1
- UCR ARREST OFFENSE CODE: 4129
- ARREST DATE: 08/03/14
- DATE WARRANTS OBTAINED: 8/3/2014

**ARR/OFF/SUSP 2** (blank)

**VEH.1** (blank)

**VEH.2** (blank)

**WITNESS** (blank)

**NARRATIVE:**

On 08/03/14, at 1400 hours, I was contacted by Deputy Keith Langford #4191, via telephone.

| REPORTING OFFICER | C.D. Parker | BADGE # 4131 | DATE 8/3/2014 |
|---|---|---|---|
| APPROVING SUPERVISOR | [signature] | BADGE # 3335 | DATE 08/03/2014 |

(Rev. 12/13)                                                                                                              HCSO - 01

# Hall County Sheriff's Office
## Incident Report

ORI #: GA0690000

| | | |
|---|---|---|
| INCIDENT #: 140090231 | Report Taken: ☐ Over the Phone  ☑ In Person  ☐ Other  Translator Required ☐ Yes ☑ No | ENTERED GCIC: ☐ YES ☑ NO |
| REPORT DATE: 08/03/14 | | DATE ENTERED: |
| RESPONSE CODE: ☑ 1  ☐ 2  ☐ 3 | | DATE REMOVED: |
| REPORT TYPE: ☐ INITIAL REPORT  ☑ SUPPLEMENT | | **CID USE ONLY** INV ASSIGNED: DFCS CASE #: |

INCIDENT STATUS: ☑ CLEARED BY ARREST
DATE: 8/3/2014

- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DECLINED
- D ☐ REFUSED TO COOPERATE
- E ☐ JUVENILE, NO CUSTODY
- N ☐ NOT APPLICABLE

COMPLAINANT (Last, First, Middle): (see victim)
ADDRESS (Street, City, State, Zip):

## OFFENSE

LOCATION OF INCIDENT (Address or Block No.): [redacted]

OFFENSE: 1. Obstruction (M)  UCR CODE: 4094  COMPLETED ☑

DATE(S) OF INCIDENT: 08/03/14 TO
TIME(S) OF INCIDENT: 1900 TO
DATE INCIDENT REPORTED: 8/3/2014
DISTRICT INCIDENT OCCURRED: 15
LOC CODE: 31-3E

CRIME SCENE:
- AUDIO/VIDEO RECORDING: ☑ YES ☐ NO
- PHOTOGRAPHS TAKEN: ☑ YES ☐ NO
- FINGERPRINTS OBTAINED: ☑ YES ☐ NO

LOCATION OF OFFENSE: 15 ☑ RESIDENCE / HOME

TYPE OF WEAPON / FORCE INVOLVED: 40 ☑ PERSONAL WEAPONS

GANG RELATED: ☐   DRUG RELATED: ☐ YES ☑ NO ☐ UNKNOWN

VICTIM CONNECTED TO OFFENSE: ☑ 1

## VICTIM

VICTIM (Last, First, Middle): Parker, Cameron D.
PHONE (Work/Cell): (770) 531-6889
ADDRESS: 610 Main Street, Gainesville, GA 30501

TYPE OF VICTIM: ☑ 1 INDIVIDUAL
RACE/ETHNICITY: ☑ W WHITE
SEX: ☑ M MALE
DOB: N/A
AGE: 35
SOCIAL SEC #: N/A
NO. OF VICTIMS: 2

INJURY TYPE: N ☑ NONE

RELATION OF VICTIM TO OFFENDER: ST X STRANGER

## PROPERTY

TYPE PROPERTY LOSS/ETC:
1. NONE
2. BURNED
3. COUNTERFEITED/FORGED
4. DAMAGED/DESTROYED
5. RECOVERED
6. SEIZED
7. STOLEN
8. UNKNOWN

PROP SEIZED/RECOVERED PLACED:
☐ CRIME LAB
☐ PROPERTY & EVIDENCE
☑ EVIDENCE LOCKER
☐ OTHER:

THEFT ☐   RECOVERY ☐
1 CITY   4 OUT OF STATE
2 COUNTY
3 STATE   5 UNKNOWN

PROPERTY DESCRIPTION CODE TABLE:
1. AIRCRAFT
2. ALCOHOL
3. AUTOMOBILES
4. BICYCLES
5. BUSES
6. CLOTHES / FURS
7. COMPUTER / HARDWARE / SOFTWARE
8. CONSUMABLE GOODS
9. CREDIT / DEBIT CARDS
10. DRUGS / NARCOTICS
11. DRUG / NARCOTIC EQUIPMENT
12. FARM EQUIPMENT
13. FIREARMS
14. GAMBLING EQUIPMENT
15. HEAVY CON / IND EQUIP
16. HOUSEHOLD GOODS
17. JEWELRY / PRECIOUS METALS
18. LIVESTOCK
19. MERCHANDISE
20. MONEY
21. NEGOTIABLE INSTRUMENT
22. NONNEGOTIABLE INSTRUMENTS
23. OFFICE - TYPE EQUIPMENT
24. OTHER VEHICLES
25. PURSES / HANDBAGS / WALLETS
26. RADIO / TVs / VCRs
27. RECORDINGS - AUDIO / VISUAL
28. RECREATIONAL VEHICLES
36. TOOLS - POWER / HAND
37. TRUCKS
38. VEHICLE PARTS / ACCESSORIES
39. WATERCRAFT
40. FISHING EQUIPMENT
41. TAGS / DECALS
42. LAWN MOWERS (RIDING & PUSH)
43. BUILDING MATERIALS
44. GASOLINE
45. MAILBOX
46. CELL PHONES
47. TRAILER
77. OTHER
88. PENDING INVENTORY
99.

DAMAGED/BURNED STRUCTURES ONLY
29. STRUCTURES - SINGLE OCC DWELLING
30. STRUCTURES - OTHER DWELLINGS
31. STRUCTURES - OTHER COM / BUSINESS
32. STRUCTURES - IND / MANUFACTURING
33. STRUCTURES - PUBLIC / COMMUNITY
34. STRUCTURES - STORAGE
35. STRUCTURES - OTHER

## ARR/OFF/SUSP 1

☑ ARRESTEE ☐ IDENTIFIED OFFENDER ☐ SUSPECT ☐ UNKNOWN ☐ MISSING PERSON ☐ RUNAWAY JUVENILE

**1 (Last, First, Middle):** Freeman, David Justin
**ADDRESS (Street, City, State, Zip):** 109 Bennett Drive, Gainesville, GA 30501
**ALIAS:** Freeman, Justin
**AGE:** 29   **DOB:** ▓▓/84   **SS#:** UNK   **OLN#:** 050801099   **STATE:** GA

**SEX:** ☑ M MALE   ☐ F FEMALE   ☐ U UNKNOWN
**RACE/ETHNICITY:** ☑ W WHITE   ☐ B BLACK   ☐ H HISPANIC   ☐ I INDIAN   ☐ A ASIAN   ☐ U UNKNOWN

**DISPOSITION OF ARRESTEE UNDER 18:** ☐ H HANDLED WITHIN DEPT.   ☐ R REFERRED TO OTHER AUTHORITY

**OFFENSE / ARREST:** 2 / 2
1 CITY   2 COUNTY   3 STATE   4 OUT OF STATE   5 UNKNOWN

**"DETAINEE"** SEARCHED PRIOR TO & AFTER TRANSPORT (Patrol Vehicle): ☑ YES   ☐ NO

**ARRESTEE WAS ARMED WITH:** (Check Up To Two)
☑ 10 UNARMED   ☐ 11 FIREARM (type not stated)   ☐ 12 HANDGUN   ☐ 13 RIFLE
☐ 14 SHOTGUN   ☐ 15 FIREARM   ☐ 16 CUTTING INSTRUMENT (i.g. Switchblade Knife, etc.)   ☐ 17 CLUB / BRASS KNUCKLES

**HEIGHT:** 6 FEET 00 INCHES   **WEIGHT:** 160   **EYES:**   **HAIR:**   **CLOTHING:**
**ARREST NUMBER:** 1   **UCR ARREST OFFENSE CODE:** 4094
**ARREST DATE:** 08/03/14   **UCR WARRANTS ISSUED (NO ARREST):**   **DATE WARRANTS OBTAINED:**
**SCARS:**   **TATTOOS:**   **MISC INFO (Other DOB, SS#, IDENTIFIERS):**

## ARR/OFF/SUSP 2

☐ ARRESTEE ☐ IDENTIFIED OFFENDER ☐ SUSPECT ☐ UNKNOWN ☐ MISSING PERSON ☐ RUNAWAY JUVENILE

(blank)

## VEH.1

**FORCED ENTRY LOCATION:** ☐ DOOR ☐ WINDOW ☐ OTHER ☐ UNKNOWN
**MODEL:**   **TAG #:**
**VEHICLE DESCRIPTION:**   **Year:**   **COLOR:**
☐ SUSPECT/OFF. ☐ ARRESTEE ☐ VICTIM   **MAKE:**   **VIN:**

## VEH.2

**FORCED ENTRY LOCATION:** ☐ DOOR ☐ WINDOW ☐ OTHER ☐ UNKNOWN
**MODEL:**   **TAG #:**
**VEHICLE DESCRIPTION:**   **Year:**   **COLOR:**
☐ SUSPECT/OFF. ☐ ARRESTEE ☐ VICTIM   **MAKE:**   **VIN:**

## WITNESS

| # | NAME (Last, First, Middle) | ADDRESS (Street, City, State, Zip) | RESIDENTIAL PHONE | BUSINESS PHONE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |

## NARRATIVE

(blank)

**REPORTING OFFICER:** C.D. Parker   **BADGE #:** 4131   **DATE:** 8/3/2014
**APPROVING SUPERVISOR:** Sgt L.K.   **BADGE #:** 3335   **DATE:** 08/03/2014
**FORWARD TO:** ☐ Financial ☐ Persons ☐ Mans ☐ Property ☐ Juvenile ☐ Gang

(Rev. 12/13)   HCSO - 01

# Hall County Sheriff's Office

| INCIDENT # : | 140090231 | Reporting Officer's Investigative Report | INCIDENT STATUS: | | |
|---|---|---|---|---|---|
| OFFENSE: | Disrupt Gathering, etc. | | ☐ UNFOUNDED | A ☐ DEATH OF OFFENDER | B ☐ PROSECUTION DECLINED |
| VICTIM: | Laws of Georgia, et al | | ☑ CLEARED BY ARREST | C ☐ EXTRADITION DECLINED | |
| INCIDENT DATE: | 8/3/2014 | | ☐ OPEN/ INACTIVE | D ☐ REFUSED TO COOPERATE | |
| | | | ☐ CLEARED EXCEPTIONALLY | E ☐ JUVENILE, NO CUSTODY | |
| | | | DATE: 8/3/2014 | N ☐ NOT APPLICABLE | |

Deputy Langford advised me that while working an extra-duty job at 12 Stone Church, located at 4256 Martin Road on this date, he had been approached at the church, in reference to an incident. Deputy Langford stated that an off-duty Gwinnett County Police Officer told him that a white male subject, later identified as "David Justin Freeman," had acted in a disorderly manner during the church service at 0900 hours, disrupting said service. Deputy Langford stated that the officer approached him approximately one hour after the incident occurred, at which time it was determined that Freeman had already vacated the premises. I advised Sgt. Haney #3303 about the incident, and he contacted Deputy Stuart Dailey #4170, via telephone, as Deputy Dailey coordinated the extra duty details for the church, on behalf of the Sheriff's Office. Per Sgt. Haney's request, Deputy Dailey made contact with the campus pastor for the Martin Road campus of 12 Stone, Jason Berry. Deputy Dailey requested that Pastor Berry meet with an officer, in reference to obtaining further information about the aforementioned disturbance caused by Freeman.

At approximately 1700 hours, I met with Pastor Berry at the church on Martin Road. Berry stated that Freeman was a member of the church, with whom he was familiar. Berry stated that he had held several conversations with Freeman in the recent past, about numerous topics, including, but not limited to his abnormal viewpoints on government, public schools, and law enforcement, and his dislike for the same. Berry stated that during the church service at 0900 hours, he was in the front of the sanctuary, delivering his sermon. Berry said that at one point during the service, that he recognized the teachers in the congregation, and had them stand. Berry advised that he noticed that Freeman also stood up at the very back of the sanctuary, at the same time as the teachers. Berry said that he began to pray for the teachers, at which time Freeman held up one of his middle fingers toward the front of the room, very highly in the air. Berry said that Freeman had an evil look of hatred in his eye, which made him feel uncomfortable and threatened. Berry stated that after the prayer, music began to play. He said that Freeman began to yell at others in the room to "take care/responsibility of your own children...Don't send them off to a Godless government.....You're sending them off for the Devil to raise..." Berry stated that Freeman became so loud with his shouting, that the music coordinator had to increase the volume of the musing playing, in order to drown out Freeman's voice. Berry advised that shortly thereafter, Freeman made a "bee line" for the exit, and went out into the parking lot. Berry said that he followed Freeman outside, in an attempt to reason with and talk to him. Berry explained that Freeman began pointing his finger(s) in his (Berry's) face, while continuing to     (Over ---->)

| REPORTING OFFICER: | C.D. Parker | BADGE #: 4131 | DATE: 8/3/2014 | |
|---|---|---|---|---|
| APPROVING SUPERVISOR: | S. ᴌK | BADGE #: 3335 | DATE: 08/03/2014 | CONTINUED ON BACK ☑ |

(Rev 12/13)                                                                                                                                                         HCSO-01